UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL WILSON,

    Plaintiff,          No. C 07-5418 PJH (PR)

vs.          **JUDGMENT**

Warden CURRY, et al.,

    Defendants.

_____ /

Pursuant to the order of dismissal signed today, a judgment of dismissal without prejudice is entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED.**

Dated: December 4, 2007.

                         PHYLLIS J. HAMILTON
                         United States District Judge

G:\PRO-SE\PJH\CR.07\WILSON5418.JUD.wpd