UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WILSON, | Case Number: CV07-05418 PJH |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| WARDEN CURRY et al, | |
| Defendants. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 4, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Wilson J04156
Correctional Training Facility
Dk/ing 128L
P.O. Box 689
Soledad, CA 93960

Dated: December 4, 2007

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk