Pro Per Sona "

TRO/Preliminary Injunction

"ORIGINAL"

E-filing  See Attached

Exhibit 12 PM 1:56

United States District Court

C07-5418PJH

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Michael Wilson ) Honorable Judge: Thelton E. Hender

    Petitioner

**FILED**

JUN 1 2 2008

-V-

Warden-Ben Curry
Capt'I. Guerra - Central Fac
Correctional Admin - M.Collie
Chief Deputy Warden-W.Cohen
Capt. Tucker

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

The Petitioner is Entitled To
TRO/Preliminary Injunction

## Motion Requesting To Enstate TRO/Preliminary Injunction

I, Michael Wilson J04156, declare under penalty of perjury that the foregoing is true and correct to the best of my Knowlege.

### Facts

I arrived at CTF Central From R.J. Donovan on 12-22-06 with set score of [19] points, Code [F] Level II the only reason why i was placed up North(CTF) because R.J. Donovan in 2006 turned their yard into Level IV (SNY)Facility so all were transfered.

### Facts

Upon arrival at CTF Central 12-22-06 I've had to use Inmate Appeal 602 on a regular basis due to how Cpt I.Guerra ran CTF Central and certain things needed to apply since i'm Vision Impaired (ADA certified)

Con't Next pg

Facts

1  Since 12-22-06 thru 4-23-08  I've Appealed
2  Medical, I appealed Hazardous dust from adjacent
3  Farm that caused hundreds of inmates with Virusus
4  and we/inmate were'nt warned about, I've appealed how
5  they don't issue STATE BOOTS For General Population Etc.

FACTS

7  My Mail has and still is being Tampered with
8  they, Mail Room Supervisor + C/Os refuse to give you
9  an Adequate Printout of Incoming + Outgoing Legal Mail
10 their are serious Penal Code 8 6214 + 6201 Violations I
11 have NOT Recieved any Regular Mail or Legal Mail
12 Since Cpt. I. Guerro had me moved off the Level II
13 yard to Level III North at CTF it's almost been
14 "30 days." I do have outstanding Legal Mail that allegedly
15 went out and never came back with no recourse."

17                           FACTS

19 I challenged the Scheme or Scam that CTF Central
20 was running on "ORTHopedic Shoes" although your never
21 really Fitted For whatever your Back or Foot problem
22 is, they refused to allow me to pick out of the
23 imaginary catalog the type of shoe i Need and that
24 they want me to pay $ 200.00 For tried to pass
25 the Shoe off that other prisoners did'nt accept I
26 Appealed that to Sacramento - CTF has Not given it, (602)
27 to me as of yet Mailed it March 25,08 today
28 is 6-8-08 thats another Reason why I can't get
   an adequate Print-out of Incoming + Outgoing Legal Mail.

Facts

1  My purpose For the orthopedic Shoes were For
2  Chronic Low Back Pain + Arthritis in the Spine
3  I was recieving "Physical Therapy" but after
4  Capt I. Guerro removed me From the yard
5  5-12-08 "Physical Therapy" has been Conceled
6  For whatever reason I'm having to Appeal all
7  the Same Issue over again because of Retaliation
8  and this Facility Needs to be Investigated From
9  the top to the bottom. Each yard ...
10
11                Facts
12  On 5-12-08 i came to Level III North Facility
13  at CTF becouse Cpt I. Guerro said I was Sentenced
14  For Execution Type Murder which is an "EMBELISHMENT"
15  of the Truth So I'm Appealing it, its being STonewalled
16  by Appeals Coordinator P.G. Dennis + C+PR D. Leverse
17  I have all my original Documents From Classification
18  Service Unit whom i stay in Contact With the
19  only thing Now is April 9,08 - April 16,08 +
20  April 23,08 i Forwarded (CSR) Written Complaints
21  well none of the Responses has made it Back
22  to me and yes it was sent Confidential Legal
23  Mail, after Requesting the Print out they CDC
24  Say they have Nothing on Record For those dates
25  So June 5,08 i mailed another Complaint + Copy
26  of my 602 so they (CSR) Sacramento Can Refer my
27  Case to The Departmental Review Board So im waiting.
28

## FACTS

1  Upon arrival 5-12-08 at North Facility (Rainiale
2  Building. 5-13-08 we go on Lock-down behind
3  Mutual Combat with <u>Level I or Level II</u> inmates
4  From (FREEMONT Dormitory) which they Shouldn't
5  even be housed on this Facility at all
6  according to Title 15            THA I means
7  thats allegedly why I was moved of Central.
8  ~

## FACTS

9   We have been on Lock-down every since 5-13-08
10  thats what the Warden: Ben. Curry allows his staff
11  to do because they don't Know how to operate
12  this Facility at all it always on Lock-down
13  because the Staff Generates "Hazard-Pay" paid
14  by Tax Byers. So No Insentive to run the yard..

## FACTS

15
16  When the 5-13-08 with two inmates occured
17  Level I or II with Level III "<u><b>No</b> Memo</u>" was
18  generated we <u>Rainale Building</u> have Not Been
19  To law Library, outside, No Nothing but Review
20  attached Memo date June 2,08.
21

## FACTS

22
23  ON 5-30-08 Something Occurred with B/Ks & Mex most
24  People with Injury's (Head) were BlK that may have been
25  Caused by Staff and Photos. But according to the
26  Memo the whole North Facility was Involved that
27  is an EMBellishment of the Truth This whole
28  Facility Need to be Investigated because from
    the Top To the Bottom Needs Revamping & Audited.
    m. Michael Wilson                    June 8,08

California Department of Corrections & Rehabilitation                                           Correctional Training Facility

# *M E M O R A N D U M*

Date:    June 2, 2008                                    EXibit

To:    B. Curry
       Warden, CTF

Subject:   **SUSPENDED PACKAGES FOR INMATES INVOVLED IN THE RIOT ON 5-30-2008**

A Major Riot occurred on Friday, 2008, at CTF-North Facility involving Black and Hispanic inmates. For the safety of staff, inmates and the security of the institution, staff cannot safely store or issue packages to the Black and Hispanic inmates until a thorough investigation / assessment is completed. Therefore, we are temporary suspending Packages for the Black and Hispanic inmates. To ensure the safety of staff, inmates and the institution a list of Black and Hispanic inmates will be sent to the Package room to ensure packages are not released.

It will be the responsibility of each inmate to inform their family or friends not to order packages by internet, phone or mail orders.

Upon completion of the investigation / assessment, staff will notify the package room when it is safe to provide packages for the Black and Hispanic inmates.

A. Tucker                                               J. Sareli
Captain, A Facility                                     Captain, B Facility

APPROVE / DISAPPROVE                                    APPROVE / DISAPPROVE

M. Collie                                               W. Cohen
Correctional Administrator                              Chief Deputy Warden
CTF-North                                               CTF-North / South

APPROVE / DISAPPROVE

B. Curry
Warden
California Training Facility

**PROOF OF SERVICE BY MAIL**
**BY PERSON IN STATE CUSTODY**
(C.C.P. §§ 1013(A), 2015,5)

I, _Michael Wilson_ , declare:

I am over 18 years of age and I am party to this action.  I am a
resident of CORRECTIONAL TRAINING FACILITY prison, in the County
of Monterrey, State of California.  My prison address is:

_Michael Wilson_ , CDCR #: _J04156_
CORRECTIONAL TRAINING FACILITY
P.O. BOX **705**, CELL #: _215-L_
SOLEDAD, CA  93960-0689.

On _June 9, 08_ , I served the attached:

Sent- (1) copy of Temporary Restraining Order / Preliminary Injunction
Sent- (1) copy of Similar TRO Inspector General — Not to Court [unable to make copier]
TRO

on the parties herein by placing true and correct copies
thereof, enclosed in a sealed envelope (verified by prison
staff), with postage thereon fully paid, in the United States
Mail in a deposit box so provided at the above-named institution
in which I am presently confined.  The envelope was addressed as
follows:

STATE OF CALIFORNIA
U.S. District Court
450 Golden Gate Ave
P.O. Box 36060
San Francisco, CA 94102-7180

STATE OF CALIFORNIA
Office of Inspector General
P.O. Box 348780
Sacramento, CA 95834-8780

I declare under penalty of perjury under the laws of the
State of California that the foregoing is true and correct.
Executed on _June 9, 08_ .

Michael Wilson

Declarant



Mr. Michael Wilson JD4158
IF-P.O. Box 705 SFB-215C
Redwood, CA 93764

(Confidential / Legal Mail)

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES