Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

July 26, 08

Mr. Michael Wilson J04156
CTF- P.O. Box 705-RB-215L
Soledad, CA 93960

(Issue: No Response To My Filing
TRO/Preliminary Injunction

## Motion Requesting Case # Number.

I, Michael Wilson J04156, declare under penalty of perjury that the foregoing is true and correct.

C07-5418 PJH

## Facts

On June 5,08 and June 8,08 I placed in the U.S. mail via Institutional Legal mail - Signed By Floor Officer 2nd watch by C/O Bishop (Female) and C/O Bishop (male) Husband & Wife on the above entitled dates. Did the courts recieve my filings.

## Facts

Until this day July 16, 08 I have no response Enclosed was a TRO/Preliminary Injunction. against Capt I. Guerra.

## Facts

Also CTF-North Mailroom claims they have no printout for incoming and outgoing legal mail Inmate Appeal Log # CTF-08-02181 - all mail I've mailed mysteriously there is no record after filing Appeal against Capt. I. Guerra. Mr. Michael Wilson

## PROOF OF SERVICE

I, Michael Wilson, am above the age of Eighteen years of age

I, Michael Wilson, Located/Housed at Correctional Training Facility (CTF) P.O. Box 705 Soledad, CA 93960 -Cell-RB-2152 as of July 16, 08.

Documents Filed:

Motion Requesting Case # (Number) on Case Filed June 5, 8-08

I, Michael Wilson declare under penalty of perjury that the foregoing is true and correct. Above said Document was mailed In U.S. Mail via Institutional Legal Mail.

Michael Wilson
Signature

July 16, 08
Dated



Mr. Michael Wilson J04156
CTF- P.O. Box 705- RB-215L
Soledad, CA 93960

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

Confidential
Legal Mail



J. [signature] 7-16-08

Confidential Legal Mail